IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 4:11cr00129-17 JMM

ALESHIA JOHNSTON
USM Number: 26425-009

AMENDED JUDGMENT & COMMITMENT

Due to a clerical error, the judgment and commitment entered in this case on June 7, 2012 (DE #473), is amended.  Page 1 of the judgment is amended to indicate the offense as a Class E Felony.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to Counsel, the United States Probation Office,  the United States Marshals Office.

IT IS SO ORDERED this 22nd day of June 2012.

_____
UNITED STATES DISTRICT JUDGE